August 26, 2014.



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF S.D.R. AND S.L.R., CHILDREN

NO. 14-13-00709-CV

_____

      This cause, an appeal from the judgment signed, May 6, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the order of the court below **AFFIRMED**. We order appellant, John Edward Rensel to pay all costs incurred in this appeal. We further order this decision certified below for observance.